JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Glaser, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>Ship Smart, Inc., a California corporation; Inter Trans Insurance Services, Inc., a California corporation; and HDI-Global Insurance Company;<br><br>    Defendants. | CASE No. 2:18-cv-08089 R (FFMx)<br><br>ORDER DISMISSING CASE |

ORDER DISMISSING CASE

The Court has received and reviewed the Notice of Settlement and Request for Dismissal of the action filed by Plaintiff Elizabeth Glaser.

Therefore, the Court hereby dismisses this action in its entirety against all defendants with prejudice.

IT IS SO ORDERED.

Date: February 22, 2019

Manuel L. Real
United States District Judge